# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WHITE HAWTHORNE, LLC and WHITE HAWTHORNE II, LLC,<br>　　　　　Plaintiffs,<br>　　v.<br>THE REPUBLIC OF ARGENTINA,<br>　　　　　Defendant. | No. 1:16-cv-01042<br><br>**JUDGMENT** |

Plaintiff White Hawthorne II, LLC ("**White Hawthorne II**"), having moved this court for an Order of Summary Judgment, and the Court having granted summary judgment on that motion.

NOW, it is hereby **ORDERED, ADJUDGED, AND DECREED** that White Hawthorne II shall recover from the Defendant the Republic of Argentina (the "**Republic**") as follows:[1]

With respect to the claim of White Hawthorne II to recover on its beneficial interest in the principal amount of $8,000,000 of the 11.375% Bond due January 30, 2017, ISIN US040114AR16, White Hawthorne II shall recover from the Republic $29,597,711.47 *plus* any interest that has accrued since August 14, 2024 until the date of entry of this Judgment, in the per diem amount of $5,669.15.

It is further **ORDERED** that, until further notice from the Court, White Hawthorne II must refrain from selling or otherwise transferring their beneficial interests in the bonds involved in this action without advising the Court in advance and obtaining permission of the Court.

Dated: August 14, 2024
　　　　New York, New York

*Loretta A. Preska*
Loretta A. Preska
Senior United States District Judge

---

[1] All amounts herein are calculated as of August 14, 2024.