# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WHITE HAWTHORNE, LLC and WHITE HAWTHORNE II, LLC,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>　　　　　　Defendant. | No. 1:16-cv-01042<br><br>**ORDER** |

　　　　The Court, having considered Plaintiff White Hawthorne II, LLC's Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56, and all other arguments, evidence and materials submitted by the parties in connection therewith, and good cause appearing therefore;

　　　　IT IS HEREBY ORDERED that the Plaintiff's Motion for Summary Judgment is GRANTED in its entirety.

　　　　The Clerk is hereby ORDERED to enter Judgment as follows against the Republic of Argentina:

　　　　Awarding White Hawthorne II, LLC $29,597,711.47 in damages, plus additional prejudgment interest accrued between August 14, 2024 and entry of judgment.

　　　　A separate Order of Judgment will be issued pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

Dated:　August 14, 2024　　　　　　　　　　　　　　　*Loretta A. Preska*
　　　　New York, New York　　　　　　　　　　　　Loretta A. Preska
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge